| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| WESTERN DISTRICT OF KENTUCKY | |
| Case number *(if known)* | Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Sterett Companies, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
47-5098750

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 25 Booth Field Rd<br>Owensboro, KY 42301<br>Number, Street, City, State & ZIP Code | P.O. Box 22520<br>Owensboro, KY 42304<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Daviess<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify:

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Sterett Companies, LLC**                                   Case number (*if known*)_____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **Sterett Companies, LLC**　　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.　Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**　.　*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49　　　　　　　　☐ 1,000-5,000　　　　　☐ 25,001-50,000
☐ 50-99　　　　　　　 ☐ 5001-10,000　　　　　☐ 50,001-100,000
☐ 100-199　　　　　　☐ 10,001-25,000　　　　☐ More than100,000
☐ 200-999

**15. Estimated Assets**

■ $0 - $50,000　　　　　　　☐ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　　　☐ $10,000,001 - $50 million　　 ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　　 ☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　　 ☐ $100,000,001 - $500 million　☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000　　　　　　　☐ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion

Debtor **Sterett Companies, LLC**  
Name

Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Sterett Companies, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 27, 2023**
MM / DD / YYYY

X **/s/ William L. Sterett, III**
Signature of authorized representative of debtor

**William L. Sterett, III**
Printed name

Title **CEO**

**18. Signature of attorney**

X **/s/ Neil C Bordy**
Signature of attorney for debtor

Date **October 27, 2023**
MM / DD / YYYY

**Neil C Bordy 06503**
Printed name

**Seiller Waterman LLC**
Firm name

**22nd Floor - Meidinger Tower**
**462 S 4th Street**
**Louisville, KY 40202**
Number, Street, City, State & ZIP Code

Contact phone **502-584-7400**    Email address **bordy@derbycitylaw.com**

**06503 KY**
Bar number and State

# RESOLUTION OF THE MEMBERS
# OF STERETT COMPANIES, LLC

A special meeting of the members of Sterett Companies, LLC was held on the 26th day of October 2023, at 25 Booth Field Road in Owensboro, Kentucky. Present was William L. Sterett, III, the Company's CEO and managing member, and individually for members; William L. Sterett, IV, Maxwell Braden Sterett, and Sterett Construction Company Inc. Also, present J.D. Meyer Administrator for the Estate of Issac Sterett.

William L. Sterett, III stated it is in the Company's best interest to file chapter 11 bankruptcy. Upon motion duly made, the following resolutions were unanimously carried:

> RESOLVED, that the Company file a voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code and that William L. Sterett, III, as the Company's managing member, is authorized to sign any and all documents and take whatever action is necessary to effectuate this resolution.
>
> BE IT FURTHER RESOLVED that the Company retain the law firm of Seiller Waterman LLC to represent it in its bankruptcy proceeding.

There being no additional business to come before the members, the meeting was adjourned.

Sterett Companies, LLC

By: _William L. Sterett III_      _William L. Sterett III_
William L. Sterett, III, Member and     William L. Sterett, III, CEO of
CEO of Sterett Companies, LLC        Sterett Construction Company Inc.

_William L. Sterett III_              _William L. Sterett III_
William L. Sterett, IV, Member, by      Maxwell Braden Sterett, Member, by
William L. Sterett III, Power of Attorney   William L. Sterett III, guardian for minor

_____
Estate of Issac Andrew Sterett, Member, by
J.D. Meyer, Administrator

G:\doc\NCB\STERETT CRANE & RIGGING\Engagement\Corporate Resolutions\Corporate Resolution – Sterett Companies, LLC.docx

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sterett Companies, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| National Interstate Insurance<br>3250 Interstate Dr<br>Attn: Commercial Billing Dept<br>Richfield, OH 44286-0547 | | | | | | $1,088,303.32 |
| IPFS Corp<br>24722 Network Place<br>Chicago, IL 60673-1247 | | | | | | $451,944.70 |
| JP Morgan Chase<br>PO Box 4475<br>Carol Stream, IL 60197-4475 | | | | | | $250,000.00 |
| Riveron RTS, LLC<br>PO Box 679265<br>Dallas, TX 75267-9265 | | | | | | $227,519.61 |
| Corporate Lodging Consultants<br>PO Box 534722<br>Atlanta, GA 30353-4722 | | | | | | $30,000.00 |
| TBM Carriers, Inc.<br>8402 Killam Industrial Blvd<br>Laredo, TX 78045 | | | | | | $0.00 |

```
Corporate Lodging Consultants
PO Box 534722
Atlanta GA 30353-4722

Derian Boyce,C/O Stephanie F. Jones
One North Franklin Street, Suite 800
Chicago IL 60606

IPFS Corp
24722 Network Place
Chicago IL 60673-1247

JP Morgan Chase
PO Box 4475
Carol Stream IL 60197-4475

Marlena Crabtree C/O
Ted N. Gianaris
One Court Street
Gianaris Trial Lawyers
Alton IL 62002

National Interstate Insurance
3250 Interstate Dr
Attn: Commercial Billing Dept
Richfield OH 44286-0547

Riveron RTS, LLC
PO Box 679265
Dallas TX 75267-9265

Rockland Trust Company
Asset Based Lending
120 Liberty Street
Brockton MA 02301

TBM Carriers, Inc.
8402 Killam Industrial Blvd
Laredo TX 78045

The Huntington National Bank
106 W. Main Street
12th Floor - TOW018
Akron OH 44308
```

# United States Bankruptcy Court
### Western District of Kentucky

In re  **Sterett Companies, LLC**                                              Case No.
                                    Debtor(s)                                  Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Sterett Companies, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **October 27, 2023** | **/s/ Neil C Bordy** |
| Date | **Neil C Bordy 06503** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Sterett Companies, LLC** |
| | **Seiller Waterman LLC** |
| | **22nd Floor - Meidinger Tower** |
| | **462 S 4th Street** |
| | **Louisville, KY 40202** |
| | **502-584-7400 Fax:502-583-2100** |
| | **bordy@derbycitylaw.com** |