**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| STERETT COMPANIES, LLC., *et al.*,[1] | Case No. 23-40625 (CRM) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On November 26, 2024, the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors") and Webster Business Credit, a division of Webster Bank, N.A., on behalf of itself and certain other lenders (the "Lenders" and together with the Committee, the "Plan Proponents") filed the *Amended Joint Chapter 11 Plan Proposed by the Official Committee of Unsecured Creditors and Webster Business Credit, a Division of Webster Bank, N.A., Under Chapter 11 of the Bankruptcy Code* [ECF No. 541] (the "Plan")

2. On January 13, 2025 (the "Confirmation Date"), the United States Bankruptcy Court for the Western District of Kentucky (the "Bankruptcy Court") entered its *Findings of Fact, Conclusions of Law, and Order Confirming Amended Joint Chapter 11 Plan Proposed by the Official Committee of Unsecured Creditors and Webster Business Credit, a Division of Webster Bank, N.A., Under Chapter 11 of the Bankruptcy Code* [ECF No. 587] (the "Confirmation Order").[2]

3. The Plan (as modified by the Confirmation Order) provides, in relevant part, that "[a]t any time prior to the Effective Date, the Plan Proponents may file an Assumption Notice listing Executory Contracts and Unexpired Leases that have been designated for assumption and assignment and associated Cure Costs." Confirmation Order ¶ 17 (as modifying Section 6.05 of the Plan). All Executory Contracts and Unexpired Leases listed on an Assumption Notice shall be deemed assumed as of the Effective Date, subject to a contract counterparty's right to object to such assumption. *Id.*

4. The Plan further provides "The deadline to file any objections in connection with the Assumption Notice, including but not limited to any objections to any Cure Claims set forth

---

[1] The Debtors in these Chapter 11 cases are Sterett Companies, LLC (Case No. 23-40625); Sterett Crane and Rigging, LLC (Case No. 23-40626); Sterett Equipment Company, LLC (Case No. 23-40627); and Sterett Heavy Hauling, LLC (Case No. 23-40628).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Plan or the Confirmation Order, as applicable.

therein, shall be no later than seven (7) days following the filing of the Assumption Notice with the Bankruptcy Court." *Id.*

5. In accordance with the Plan and Confirmation Order, the Executory Contracts and Unexpired Leases listed on **SCHEDULE 1** (the "Proposed Assumed Contracts") have been designated for assumption by the Post-Confirmation Debtors, which may then be assigned to the Liquidation Trust. Unless otherwise objected to, all Proposed Assumed Contracts will be assumed by the Post-Confirmation Debtors and assigned to the Liquidation Trust as of the Effective Date.

6. Any counterparty to a Proposed Assumed Contract that wishes to object to the assumption of its contract listed herein, including the Plan Proponents' proposed Cure Costs to cure any outstanding monetary defaults then existing under such Contract, shall file with the Court and serve its objection on: (i) Counsel for the Committee, Dentons Bingham Greenebaum LLP, 3500 PNC Tower, 101 South Fifth Street Louisville, Kentucky 40202, [Attn: James R. Irving (james.irving@dentons.com)]; (ii) Counsel for the Lenders, Thompson Coburn LLP, 488 Madison Avenue, New York, New York 10022 [Attn: Mark S. Indelicato (mindelicato@thompsoncoburn.com)]; (iii) Counsel for the Debtors, Seiller Waterman LLC, 462 S. Fourth Street, Louisville, KY 40202 [Attn: Neil C. Bordy (bordy@derbycitylaw.com)]; and (iv) the Liquidation Trustee, Jacen A. Dinoff of KCP Advisory Group LLC, 700 Technology Park Drive, Suite 212, Billerica, MA 01821 [Attn: Jacen Dinoff (jdinoff@kcpadvisory.com) (collectively, the "Notice Parties") by no later than **January 22, 2025** (the "Objection Deadline").

7. **If a counterparty fails to timely file with the Court and serve on the Notice Parties an objection, (a) the Counterparty shall be deemed to have consented to the applicable Cure Costs set forth in the Assumption Notice and forever shall be barred from asserting any objection with regard to such Cure Costs or any other claims related to the applicable Proposed Assumed Contract(s) against the Debtors, the Post-Confirmation Debtors, and the Liquidation Trust, and (b) the applicable Cure Costs set forth in the Assumption Notice shall be controlling and will be the only amount necessary to cure outstanding defaults under such Proposed Assumed Contract(s) under Bankruptcy Code section 365(b), notwithstanding anything to the contrary in any Proposed Assumed Contract, or any other document.**

8. In the event that counterparties are identified that either (a) did not have their applicable Contract(s) listed in the Assumption Notice, or (b) otherwise were not served with the Assumption Notice, such Contract(s) may be subsequently added to the Assumption Notice and a revised notice may be filed with the Court and served upon such counterparty as set forth herein, and the following procedures will nevertheless apply to such counterparty.

9. If a timely filed objection cannot otherwise be resolved by the parties, such objection may be heard by the Court notwithstanding the occurrence of the Effective Date. Upon resolution of an objection and the payment of the applicable Cure Cost amount, if any, the applicable Proposed Assumed Contract that was the subject of the objection shall be deemed assumed and assigned to the Liquidation Trust, effective as of the Effective Date. In the event such objection cannot be resolved, or if the Court denies the assumption of a Proposed Assumed Contract, such contract shall be deemed removed from the Assumption Notice and rejected, effective as of the Effective Date.

10. The inclusion of a Contract or other document or Cure Costs on Schedule 1 of this Assumption Notice, or on any subsequently filed Assumption Notice (collectively, the "Contract Notices"), shall not constitute or be deemed a determination or admission by the Debtors, the Post-Confirmation Debtors, the Liquidation Trust, or any other party in interest, that such Contract or other document is an executory contract or an unexpired lease within the meaning of the Bankruptcy Code or that the stated Cure Costs are due (all rights with respect thereto being expressly reserved). The Plan Proponents reserve all of their rights, claims and causes of action with respect to each Contract or other document listed on the Contract Notices. The Plan Proponents' inclusion of any Contract on the Contract Notices is not a guarantee that such contract ultimately will be assumed or assumed and assigned. The Contract Notices shall be without prejudice to the Plan Proponents' rights subsequently exclude Proposed Assumed Contracts from the assumption or assignment.

11. The Plan Proponents fully reserve the right to amend, modify or supplement the Contract Notices (each, an "Amended Contract Notice"); *provided* that the deadline for any counterparty that is added to an Amended Contract Notice, or whose Cure Cost under a Contract is reduced, to file an objection to such Amended Contract Notice shall be shall the date that is seven (7) days following the filing of such Amended Contract Notice.

[ *Remainder of Page Intentionally Left Blank* ]

Dated:  January 15, 2025

/s/ James R. Irving
James R. Irving
April A. Wimberg
Ashley A. Brown
**DENTONS BINGHAM GREENEBAUM LLP**
3500 PNC Tower
101 South Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 587-3606
Facsimile: (502) 540-2215
E-mail:  james.irving@dentons.com
           april.wimberg@dentons.com
           ashley.brown@dentons.com

*Counsel to the Committee*

/s/ Taft A. McKinstry
**FOWLER BELL PLLC**
Taft A. McKinstry
300 West Vine Street
Lexington, KY 40507
Telephone:  (859) 252-6700
Facsimile:   (859) 255-3735
Email: tmckinstry@fowlerlaw.com

*Local Counsel for Webster Bank*

-and-

**THOMPSON COBURN LLP**
Mark S. Indelicato, Esq. (admitted *pro hac vice*)
Jacob T. Schwartz, Esq. (admitted *pro hac vice*)
488 Madison Avenue
New York, New York 10022
Telephone:  (212) 478-7200
Facsimile:   (212) 478-7400
Email: mindelicato@thompsoncoburn.com
           jtschwartz@thompsoncoburn.com

*Lead Counsel for Webster Bank*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served this the 15th day of January 2025, electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures on all parties having entered an appearance in this case, and on those listed below by First Class Postage Paid mail.

PNC Equipment Finance, LLC
P O Box 776908
Chicago, IL 60677-6908

United Leasing, Inc
Payment Processing Center
P O Box 5225,
Evansville, IN 47716

United Leasing, Inc
Payment Processing Center
P O Box 5225
Evansville, IN 47716

United Leasing, Inc
Payment Processing Center
P O Box 5225
Evansville, IN 47716

United Leasing, Inc
Payment Processing Center
P O Box 5225
Evansville, IN 47716

United Leasing, Inc
Payment Processing Center
P O Box 5225
Evansville, IN 47716

United Leasing, Inc
Payment Processing Center
P O Box 5225
Evansville, IN 47716

United Leasing, Inc
Payment Processing Center
P O Box 5225
Evansville, IN 47716

Anthem Blue Cross/Blue Shield
P O Box 645438
Cincinnati, OH 45264-5438

McGregor & Associates, Inc
997 Governors Lane, Suite 175
Lexington, KY 40513

Lincoln Nat'l Life Insurance Co
P O Box 0821,
Carol Stream, IL  60132-0821

Fastek Services, LLC
P O Box 1852
Owensboro, KY 42302

Verizon Wireless
PO Box 16810 Newark
NJ 07101-6810

Sage Software, Inc
14855 Collection Center Dr
Chicago, IL 60693

| | |
|---|---|
| Acumen Information Systems<br>770 Almond Street, Suite A<br>Clermont, FL 34711 | Sage Software, Inc<br>14855 Collection Center Dr<br>Chicago, IL 60693 |
| Fleet Cost & Care<br>865 S Fort Street<br>Detroit, MI 48217 | Sarah Warren<br>(Redacted) |
| ANI International, Inc<br>125 South Wacker Drive, Suite 1625,<br>Chicago, IL 60606 | Paylocity – Payroll Processing<br>1400 American Lane<br>Schaumburg, IL 60173 |
| USI Insurance Services<br>201 Alhambra Cir, Suite 900<br>Coral Gables, FL 33134 | USI Insurance Services<br>201 Alhambra Cir, Suite 900<br>Coral Gables, FL 33134 |
| Everest<br>500 W. Monroe St, Suite 3400<br>Chicago, IL 60661 | USI Insurance Services<br>201 Alhambra Cir, Suite 900<br>Coral Gables, FL 33134 |

.                                              */s/ Taft A. McKinstry*
                                                *Local Counsel for Webster Bank*