# SCHEDULE 1

# PROPOSED ASSUMED CONTRACTS LIST

*Schedule 1*
*Proposed Assumed Contracts*

| NO. | CONTRACT | COUNTERPARTY | ADDRESS | CURE AMOUNT |
|---|---|---|---|---|
| 1. | Terex AC130 All Terrain Crane – UNIT HTC 130-03 | PNC Bank | PNC Equipment Finance, LLC<br><br>P O Box 776908<br><br>Chicago, IL 60677-6908 | $ - |
| 2. | 2016 Cheetah Tri Axle Trailer – UNIT PDC 001-03 | United Leasing | United Leasing, Inc<br><br>Payment Processing Center<br><br>P O Box 5225,<br><br>Evansville, IN 47716 | $ - |
| 3. | 2016 Cheetah Tri Axle Trailer – UNIT PDC 002-03 | United Leasing | United Leasing, Inc<br><br>Payment Processing Center<br><br>P O Box 5225<br><br>Evansville, IN 47716 | $ - |
| 4. | 2016 Cheetah Tri Axle Trailer – UNIT PDC 003-03 | United Leasing | United Leasing, Inc<br><br>Payment Processing Center<br><br>P O Box 5225<br><br>Evansville, IN 47716 | $ - |
| 5. | 2016 Cheetah Tri Axle Trailer – UNIT PDC 004-03 | United Leasing | United Leasing, Inc<br><br>Payment Processing Center<br><br>P O Box 5225<br><br>Evansville, IN 47716 | $ - |

| NO. | CONTRACT | COUNTERPARTY | ADDRESS | CURE AMOUNT |
|---|---|---|---|---|
| 6. | 2016 Cheetah Tri Axle Trailer – UNIT PDC 005-03 | United Leasing | United Leasing, Inc<br>Payment Processing Center<br>P O Box 5225<br>Evansville, IN 47716 | $ - |
| 7. | 2016 Cheetah Tri Axle Trailer – UNIT PDC 006-03 | United Leasing | United Leasing, In,<br>Payment Processing Center<br>P O Box 5225<br>Evansville, IN 47716 | $ - |
| 8. | 2020 Peterbilt 567 Tractor - TRTK-243-04 | United Leasing | United Leasing, Inc<br>Payment Processing Center<br>P O Box 5225,<br>Evansville, IN 47716 | $ - |
| 9. | Company Health Insurance Policy | Anthem Blue Cross Blue Shield | Anthem Blue Cross/Blue Shield<br>P O Box 645438<br>Cincinnati, OH 45264-5438 | $ - |
| 10. | Company Health Savings Plan | McGregor & Associates | McGregor & Associates, Inc<br>997 Governors Lane<br>Suite 175<br>Lexington, KY 40513 | $1,669.10 |

- 9 -

| NO. | CONTRACT | COUNTERPARTY | ADDRESS | CURE AMOUNT |
|---|---|---|---|---|
| 11. | Company Life Insurance | Lincoln Nat'l Life Insurance Co, | Lincoln Nat'l Life Insurance Co<br><br>P O Box 0821,<br><br>Carol Stream, IL  60132-0821 | $ - |
| 12. | Company IT Services | Fastek Services, LLC | Fastek Services, LLC<br><br>P O Box 1852<br><br>Owensboro, KY 42302 | $51,880.05 |
| 13. | Company Phone Services | Verizon Wireless | Verizon Wireless<br><br>PO Box 16810 Newark<br><br>NJ 07101-6810 | $ - |
| 14. | Company Accounting System | Sage Software, Inc | Sage Software, Inc<br><br>14855 Collection Center Dr Chicago, IL 60693 | $ - |
| 15. | Company Accounting System Support | Acumen Information Systems | Acumen Information Systems<br><br>770 Almond Street<br><br>Suite A<br><br>Clermont, FL 34711 | $ - |
| 16. | Company Accounting Support | Sage Software, Inc | Sage Software, Inc<br><br>14855 Collection Center Dr Chicago, IL 60693 | $ - |

| NO. | CONTRACT | COUNTERPARTY | ADDRESS | CURE AMOUNT |
|---|---|---|---|---|
| 17. | Fleet Management Software | Fleet Cost & Care | Fleet Cost & Care<br><br>865 S Fort Street<br><br>Detroit, MI 48217 | $ - |
| 18. | Employee Contract | Sarah Warren | [**REDACTED**] | $ - |
| 19. | Collection Services | ANI International, Inc. | ANI International, Inc<br><br>125 South Wacker Drive, Suite 1625, Chicago<br><br>IL 60606 | $ - |
| 20. | Payroll Processing Services | Paylocity Holding Corporation | 1400 American Lane<br><br> Schaumburg, IL 60173 | $ - |
| 21. | Insurance – Equipment | USI Insurance Services | USI Insurance Services<br><br>201 Alhambra Cir, Suite 900<br><br>Coral Gables, FL 33134 | $ - |
| 22. | Insurance – GL, Umbrella, WC, Auto, Property | USI Insurance Services | USI Insurance Services<br><br>201 Alhambra Cir, Suite 900<br><br>Coral Gables, FL 33134 | $ - |
| 23. | Insurance – D&O | Everest Group, Ltd. | 500 W. Monroe St, Suite 3400<br><br>Chicago, IL 60661 | $ - |

| NO. | CONTRACT | COUNTERPARTY | ADDRESS | CURE AMOUNT |
|---|---|---|---|---|
| 24. | Insurance – D&O | USI Insurance Services | USI Insurance Services<br><br>201 Alhambra Cir, Suite 900<br><br>Coral Gables, FL 33134 | $ - |

[ *Remainder of Page Intentionally Left Blank* ]