**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| STERETT COMPANIES, LLC., *et al.*,[1] | Case No. 23-40625 (CRM) |
| Debtors. | (Jointly Administered) |

**NOTICE OF EFFECTIVE DATE**

**PLEASE TAKE NOTICE** on November 26, 2024, the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors") and Webster Business Credit, a division of Webster Bank, N.A., on behalf of itself and certain other lenders (the "Lenders" and together with the Committee, the "Plan Proponents") filed the *Amended Joint Chapter 11 Plan Proposed by the Official Committee of Unsecured Creditors and Webster Business Credit, a Division of Webster Bank, N.A., Under Chapter 11 of the Bankruptcy Code* [ECF No. 541] (the "Plan")

**PLEASE TAKE FURTHER NOTICE** that, on January 13, 2025 (the "Confirmation Date"), the United States Bankruptcy Court for the Western District of Kentucky (the "Bankruptcy Court") entered its *Findings of Fact, Conclusions of Law, and Order Confirming Amended Joint Chapter 11 Plan Proposed by the Official Committee of Unsecured Creditors and Webster Business Credit, a Division of Webster Bank, N.A., Under Chapter 11 of the Bankruptcy Code* [ECF No. 587] (the "Confirmation Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, on February 3, 2025, all conditions to the occurrence of the Effective Date were either met or waived by the Plan Proponents and the Effective Date occurred. Except as otherwise set forth in the Plan or Confirmation Order, the terms of the Plan are immediately effective and enforceable and deemed binding upon the Debtors, the Post-Confirmation Debtors, the Liquidation Trust, and any and all Holders of Claims or Interests (regardless of whether such Claims or Interests are deemed to have accepted or rejected the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, and injunctions described in the Plan, each Entity acquiring property under the Plan or the Confirmation Order, and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors.

---

[1] The Debtors in these Chapter 11 cases are Sterett Companies, LLC (Case No. 23-40625); Sterett Crane and Rigging, LLC (Case No. 23-40626); Sterett Equipment Company, LLC (Case No. 23-40627); and Sterett Heavy Hauling, LLC (Case No. 23-40628).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Plan or the Confirmation Order, as applicable.

24555360.v1

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Plan and Confirmation Order, the deadline to submit a proof of claim in connection with any Administrative Expense Claim against the Debtors' Estates is thirty (30) days from the Effective Date, or March 5, 2025 (the "Administrative Expense Claim Bar Date").  Holders of Administrative Expense Claims who do not timely file an Administrative Expense Claim by the Administrative Expense Claim Bar Date shall be forever barred from asserting such Administrative Expense Claims against the Debtors, the Estates, the Post-Confirmation Debtors, the Liquidation Trust, and the Holders thereof shall be permanently barred and enjoined from commencing or continuing any Cause of Action, employment of process, or act to collect, offset or recover such Administrative Expense Claim.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Plan and Confirmation Order, all requests for payment of Professional Fee Claims for services rendered and reimbursement of expenses incurred prior to Confirmation must be filed no later than sixty (60) days from the Effective Date, or April 4, 2025 (the "Professional Fee Claims Bar Date").  Holders of Professional Fee Claims who do not timely file such claims by the Professional Fee Claim Bar Date shall be forever barred from asserting such claims against the Debtors, the Estates, the Post-Confirmation Debtors, the Liquidation Trust.

**PLEASE TAKE FURTHER NOTICE** that on January 15, 2025, the Plan Proponents, in consultation with the Debtors and CRO, filed the *Notice of Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* [ECF No. 589] (the "Assumption Notice") designating certain Executory Contracts and Unexpired Leases (the "Designated Contracts") for assumption by the Post-Confirmation Debtors and assignment to the Liquidation Trust.

**PLEASE TAKE FURTHER NOTICE** that the Plan (as modified by the Confirmation Order) provides, in relevant part, that:

> any Executory Contract or Unexpired Lease designated for assumption and assignment prior to the Effective Date in an Assumption Notice shall be assumed by the Post-Confirmation Debtors on the Effective Date and, if necessary, assigned to the Liquidation Trust, and (b) all other Executory Contracts and Unexpired Leases not listed on an Assumption Notice shall be deemed rejected as of the Effective Date pursuant to sections 365 and 1123 of the Bankruptcy Code.

> Confirmation Order ¶ 17 (as modifying Section 6.05 of the Plan).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Plan and Confirmation Order, all Designated Contracts listed on the Assumption Notice have been assumed as of Effective Date, subject to any pending objections to such assumption that has been timely filed with the Court.  All other Executory Contracts and Unexpired Leases not listed on the Assumption Notice (the "Rejected Contracts") are deemed rejected as of the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 6.05(4) of the Plan, all proofs of claim with respect to liabilities arising from the rejection of the Rejected Contracts (each,

24555360.v1

a "Rejection Damages Claim") shall be filed with the Court by no later than thirty (30) days from the Effective Date, or March 5, 2025 (the "Rejection Damages Bar Date").  All persons who fail to file a Rejection Damages Claim by the Rejection Damages Bar Date shall be forever barred from asserting such rights to payment as against the Debtors, the Post-Confirmation Debtors, their Estates, or the Liquidation Trust.

[ *Remainder of Page Intentionally Left Blank* ]

Dated:  February 3, 2025

| | |
|---|---|
| */s/ Ashley A. Brown* | */s/ Taft A. McKinstry* |
| James R. Irving | **FOWLER BELL PLLC** |
| April A. Wimberg | Taft A. McKinstry |
| Ashley A. Brown | 300 West Vine Street |
| **DENTONS BINGHAM GREENEBAUM LLP** | Lexington, KY 40507 |
| 3500 PNC Tower | Telephone:  (859) 252-6700 |
| 101 South Fifth Street | Facsimile:   (859) 255-3735 |
| Louisville, Kentucky 40202 | Email: tmckinstry@fowlerlaw.com |
| Telephone: (502) 587-3606 | |
| Facsimile: (502) 540-2215 | *Local Counsel for Webster Bank* |
| E-mail:  james.irving@dentons.com | |
|            april.wimberg@dentons.com | -and- |
|            ashley.brown@dentons.com | |
| | **THOMPSON COBURN LLP** |
| *Counsel to the Committee* | Mark S. Indelicato, Esq. (admitted *pro hac vice*) |
| | Jacob T. Schwartz, Esq. (admitted *pro hac vice*) |
| | 488 Madison Avenue |
| | New York, New York 10022 |
| | Telephone:  (212) 478-7200 |
| | Facsimile:   (212) 478-7400 |
| | Email: mindelicato@thompsoncoburn.com |
| |            jtschwartz@thompsoncoburn.com |
| | |
| | *Lead Counsel for Webster Bank* |