**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| STERETT COMPANIES, LLC, *et al.*,[1] | ) | Case No. 23-40625-crm |
|  | ) |  |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | Hon. Charles R. Merrill |

**LIQUIDATION TRUSTEE'S NOTICE OF DEFAULT AND OBJECTION PURSUANT TO THE JOINT STIPULATION AND AGREED ORDER TO EXTEND DEADLINES**

Jacen A. Dinoff, not individually but solely in his capacity as the liquidation trustee (the "Liquidation Trustee") for Sterett Companies, LLC and the other substantively consolidated debtors (the "Debtors"), by and through counsel, hereby provides notice of default and objects (the "Notice of Default and Objection") to the remittance of collections from the Newco Account Receivables[2] pursuant to the Bill of Sale, currently scheduled for June 27, 2025, as contemplated by the *Joint Stipulation and Agreed Order to Extend Deadlines* [Docket No. 712, ¶ 4] (the "Agreed Order").

Pursuant to the Agreed Order, by June 20, the Parties were to send over an accounting through and including June 13, 2025 of the following: (i) receivables identified in the Bill of Sale. (ii) any Debtor receivables received by Newco, (ii) any Newco receivables received by Debtor, (iv) any offset or adjustment, which either the Debtor or Newco has provided to customers on Debtor receivables. Agreed Order, ¶ 4.

---

[1] The Debtors in these chapter 11 cases are Sterett Companies, LLC (Case No. 23-40625); Sterett Equipment Company, LLC (Case No. 23-40627); Sterett Heavy Hauling, LLC (Case No. 23-40628); and Sterett Crane and Rigging LLC (Case No. 23-40626).

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them as in the *Joint Stipulation and Agreed Order to Extend Deadlines*. [Docket No. 712.]

1

24877646.v1

As of the date of this filing, the Liquidation Trustee has not received any accounting for Debtor receivables received by Newco, nor any details of offsets or adjustments, which either Newco has provided to customers on Newco or Debtor receivables. The Liquidation Trustee has specific knowledge of some receivables collected by Newco as the Debtors' customers paid Newco based on a letter directing Debtor payments to Newco. See **Exhibit A**.

The Liquidation Trustee believes the Parties are actively working to resolve the outstanding issues related to this matter. However, without Newco curing its default and providing this information, the Liquidation Trustee does not have adequate information to determine whether Debtor assets were received and used by Newco, therefore a reconciliation cannot be complete by June 27, 2025. As such, the Liquidation Trustee provides this Notice of Default and Objection as there continues to be a need for additional information and resolution of disputes concerning the proper allocation and entitlement to such receivables under the Bill of Sale, including, but not limited to, corrections to the amounts owed to the Debtors' estates. This Objection is filed to preserve the rights of Debtors' bankruptcy estates and ensure compliance with both the Bill of Sale and the Agreed Order.

The Liquidation Trustee intends to continue to work towards receiving the required information in order to resolve this reconciliation expeditiously and so expressly reserves the right to supplement, modify, or amend this Objection, and to seek further relief from the Court, including to file a motion for enforcement of the Agreed Order or turnover in the event the parties are unable to reach a resolution.

[*Remainder of Page Intentionally Left Blank*]

24877646.v1

<table>
<tr><td>Dated: June 25, 2025</td><td>Respectfully submitted,<br><br>/s/ Ashley A. Brown<br>James R. Irving<br>April A. Wimberg<br>Ashley A. Brown<br>DENTONS BINGHAM GREENEBAUM LLP<br>3500 PNC Tower<br>101 South Fifth Street<br>Louisville, KY 40202<br>Telephone: (502) 587-3606<br>Email: james.irving@dentons.com<br>      april.wimberg@dentons.com<br>      ashley.brown@dentons.com<br><br>*Counsel for the Liquidation Trustee*</td></tr>
</table>

### **CERTIFICATE OF SERVICE**

I certify that on June 25, 2025 the foregoing was filed using the Court's EM/ECF system, which will send notification of such filing to CM/ECF participants who have appeared in this case.

/s/ Ashley A. Brown
Ashley A. Brown

*Counsel for the Liquidation Trustee*

24877646.v1